# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Teva Pharmaceuticals USA, Inc.   v.   Sandoz Inc., et al.

No. 17-1575

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☒ As counsel for: Dr. Reddy's Labs., Ltd.; Dr. Reddy's Labs., Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant      ☐ Respondent or appellee

| | |
|---|---|
| Name: | Alfred Henry Heckel |
| Law Firm: | Budd Larner, P.C. |
| Address: | 150 John F. Kennedy Parkway |
| City, State and Zip: | Short Hills, NJ 007078-2703 |
| Telephone: | 973-379-4800 |
| Fax #: | 973-379-7734 |
| E-mail address: | hheckel@buddlarner.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Feb. 10, 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes  ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date February 21, 2017      Signature of pro se or counsel /s/ Alfred Henry Heckel

cc: Counsel of record

Reset Fields

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of February, 2017, I filed the foregoing Entry of Appearance for Defendants-Appellees Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Frank D. Rodriguez
Frank D. Rodriguez
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078
Tel.     (973) 379-4800
Direct:  (973) 315-4460

*Attorneys for Defendants-Appellees*
*Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's*
*Laboratories, Inc.*