# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Teva Pharmaceuticals USA, Inc.   v.   Sandoz Inc.

No. 17-1575

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se       ☒ As counsel for: Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd. Teva Neuroscience, Inc., Yeda Research and Development Co., Ltd.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

| | |
|---|---|
| Name: | John C. O'Quinn |
| Law Firm: | Kirkland & Ellis LLP |
| Address: | 655 Fifteenth Street NW |
| City, State and Zip: | Washington, DC 20005 |
| Telephone: | (202) 879-5000 |
| Fax #: | (202) 879-5200 |
| E-mail address: | john.oquinn@kirkland.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   08/10/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  02/22/2017     Signature of pro se or counsel   /s/ John C. O'Quinn

cc:  see attached certificate of service

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on February 22, 2017 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| John C. O'Quinn | /s/ John C. O'Quinn |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Kirkland & Ellis LLP |
| Address | 655 Fifteenth Street, N.W. |
| City, State, Zip | Washington, D.C. 20005 |
| Telephone Number | (202) 879-5000 |
| Fax Number | (202) 879-5200 |
| E-Mail Address | john.oquinn@kirkland.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields